IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05356-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| JUDY BRUGGER, et al.<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05356 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff JUDY BRUGGER originally filed in the US District Court, District of Minnesota, Case Number 0:05-cv-2305 PAM JJG, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed without prejudice.

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204

Respectfully submitted:

Dated: October 5, 2006    By: _____
                              Judy Brugger

Dated: May 7, 2007        By: _____
                              Jeffrey A. Bowersox, OSB # 81442
                              Email: Jeffrey@BLFpc.com
                              BOWERSOX LAW FIRM, P.C.
                              620 SW Fifth Avenue, Suite 1125
                              Portland, Oregon 97204
                              Telephone: (503) 452-5858
                              Facsimile: (503) 248-0200


                              Daniel E. Becnel, Jr., LA Bar #2929
                              Matthew B. Moreland, LA Bar #24567
                              Kevin P. Klibert, LA Bar #26954
                              LAW OFFICES OF DANIEL E. BECNEL, JR.
                              106 W. Seventh Street
                              Post Office Drawer H
                              Reserve, LA 70084
                              Telephone: (985) 536-1186
                              Facsimile: (985) 536-6445

                              Ronald Goldser, MN Bar #35932
                              Zimmerman Reed PLLP
                              651 Nicollet Mall #501
                              Minneapolis, MN 55402
                              Telephone: (612) 341-0400
                              Facsimile: (612) 341-0844
                              *Attorneys for Plaintiff Mark Fernquist*

Dated: 5-10-07            By: _____
                              Stuart Gordon, Esq., CA Bar #37477
                              Embarcadero Center West
                              275 Battery Street 20th Floor
                              San Francisco, CA 94111
                              Telephone: (415) 986-5900
                              Facsimile: (415) 986-8054

                              *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _May 17, 2007____          _____
                                   Honorable Charles Breyer
                                   United States District C



3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
620 SW Fifth Avenue
Suite 1125
Portland, OR 97204