IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Beulah Stewart, Ira Basinger, Barbara Simpson, Mark Fernquist, Rick Brewer, 05-5356 CRB _____/ | No. MDL 05-01699 CRB  **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND DISMISSING CLAIMS FOR A FAILURE TO PROSECUTE** |

On August 1, 2007 the Court issued an Order To Show Cause directing the above plaintiffs to show cause as to why (1) their counsel's motion to withdraw should not be granted; and (2) each plaintiff's claims should not be dismissed for a lack of prosecution. In particular, the Court directed each plaintiff to notify the Court in writing on or before August 23, 2007 of the reasons the withdrawal should not be granted or their claims dismissed if plaintiff wished to contest either action. As of the date of this Order, none of the plaintiffs has responded to the Court's Order and none has otherwise communicated with the Court. Accordingly, plaintiffs' counsel's motions to withdraw are GRANTED and each

//

//

1  plaintiff's claims are dismissed with prejudice for a failure to prosecute.

2  **IT IS SO ORDERED.**

3  Dated: August 28, 2007

4  CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE