IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 3:05-cv-05356-CRB<br><br>MDL NO. 1699<br><br>JUDGE CHARLES R. BREYER |
| EARL MYERS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>PFIZER, INC., et al.<br><br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO CASE NUMBER 05-05356 CRB, ORIGINALLY FILED IN THE US DISTRICT COURT, DISTRICT OF MINNESOTA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant that the Complaint of Plaintiff Earl Myers originally filed in the US District Court, District of Minnesota, Case Number 0:05-cv-2305 PAM JJG, and then later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation,* may be and is hereby dismissed with prejudice.

// // // //

1- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

Respectfully submitted:

Dated: 3-12-08        By: _____
                          Earl Myers

Dated: 3-17-08        By: _____
                          Jeffrey A. Bowersox, OSB # 81442
                          Email: Jeffrey@BLFpc.com
                          BOWERSOX LAW FIRM, P.C.
                          111 S.W. Columbia St., Suite 1000
                          Portland, Oregon 97201
                          Telephone: (503) 452-5858
                          Facsimile: (503) 525-4833

                          Daniel E. Becnel, Jr., LA Bar #2929
                          LAW OFFICES OF DANIEL E. BECNEL, JR.
                          106 W. Seventh Street
                          Post Office Drawer H
                          Reserve, LA 70084
                          Telephone: (985) 536-1186
                          Facsimile: (985) 536-6445

                          Ronald Goldser, MN Bar #35932
                          Zimmerman Reed PLLP
                          651 Nicollet Mall #501
                          Minneapolis, MN 55402
                          Telephone: (612) 341-0400
                          Facsimile: (612) 341-0844
                          *Attorneys for Plaintiff Earl Myers*

Dated: 3-24-08        By: _____
                          Stuart Gordon, Esq., CA Bar #37477
                          Embarcadero Center West
                          275 Battery Street 20th Floor
                          San Francisco, CA 94111
                          Telephone: (415) 986-5900
                          Facsimile: (415) 986-8054
                          *Defendant's Liaison Counsel*

2- STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 31, 2008

_____
Honorable Charles Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

3- STIPULATION AND ORDER OF DISMISSAL

BOWERSOX LAW FIRM, P.C.
111 S.W. Columbia St.
Suite 1000
Portland, OR 97201