1  Rick Brewer
2  15237 Northeast Glisan Street, #2
   Portland, OR 97230
3  Telephone: (916) 346-7440

4  Plaintiff *pro se*

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 05-5356 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ira Basinger, et al.,<br><br>                    Plaintiffs<br><br>vs.<br><br>Merck & Co., Inc.,<br><br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, Rick Brewer, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

//

//

//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\43767572.1

herein with each side bearing their own attorneys' fees and costs.

DATED: 11-03, 2010     By: *Rick Brewer*

Rick Brewer
15237 Northeast Glisan Street, #2
Portland, OR 97230
Telephone: (916) 346-7440

Plaintiff *pro se*

DATED: Nov. 16, 2010     By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 19, 2010     _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH EAST\43767572.1 PREJUDICE